# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:10-cv-662-RJC-DSC

| | |
|---|---|
| **CHERRY REAVES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **HOUSING AUTHORITY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER** comes before the Court on Plaintiff Cherry Reaves's ("Plaintiff") motions for a district judge, (Doc. No. 25), and a hearing, (Doc. No. 26).

The undersigned is the United States District Judge assigned to this case. The district court has authority to assign non-dispositive pretrial matters pending before the court to a magistrate judge to "hear and determine." 28 U.S.C. § 636(b)(1)(A). Parties may then object to the Magistrate Judge's determination if they believe it was clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a). The district court may also assign dispositive pretrial matters pending before the court to a magistrate judge for "proposed findings of fact and recommendations." 28 U.S.C. § 636(b)(1)(B). The Federal Magistrate Act provides that "a district court shall make a de novo determination of those portions of the report or specific proposed findings or recommendations to which objection is made." Id. § 636(b)(1); Camby v. Davis, 718 F.2d 198, 200 (4th Cir.1983). Because there is already a district judge assigned to Plaintiff's case, her motion for a district judge, (Doc. No. 25), is **DISMISSED as moot.**

The deadline for the completion of discovery in this case is November 2, 2011. (Doc. No. 16 at 2). The parties then have until December 16, 2011 to file any dispositive motions they

wish to raise. (Id. at 3). Should the case survive any such motion, it will be set down for trial shortly after the Court rules on those motions. Plaintiff's motion for an immediate hearing, (Doc. No. 26), is **DENIED**.

**IT IS, THEREFORE, ORDERED** that:

1. Plaintiff's motion for a district judge, (Doc. No. 25), is **DISMISSED as moot**; and

2. Plaintiff's motion for a hearing, (Doc. No. 26), is **DENIED**.

Signed: October 7, 2011

Robert J. Conrad, Jr.
Chief United States District Judge