# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Cherry Reaves,

    Plaintiff(s),                                 JUDGMENT IN A CIVIL CASE

vs.                                                  3:10-CV-662

Housing Authority of the City of Charlotte, N.C. ,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 27, 2012 Order.

Signed: March 27, 2012

Frank G. Johns, Clerk
United States District Court